IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BILLY GIVENS     PLAINTIFF

v.     No. 4:20CV4-JMV

M.S.P. (UNIT 29) ADMINISTRATION, ET AL.     DEFENDANTS

**FINAL JUDGMENT**

In accordance with the memorandum opinion and final judgment entered this day, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED**, this, the 1st day of April, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE